IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

H.C. SCHMIEDING PRODUCE COMPANY, LLC                                    PLAINTIFF

V.                              CASE NO. 5:23-CV-5011

BUKHARA TRANS, INC.                                                     DEFENDANT

## JUDGMENT

In accordance with the Order on Motion for Default Judgment filed this day, **IT IS HEREBY ORDERED** that judgment is entered in favor of Plaintiff H.C. Schmieding Produce Company, LLC and against Defendant Bukhara Trans, Inc. in the total amount of **$119,133.30**, plus postjudgment interest to accrue until fully paid.

IT IS SO ORDERED AND ADJUDGED on this 2nd day of June, 2023.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE